# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# <u>CRIMINAL MINUTES</u>

**CASE NUMBER: 3:25CR43**          **PLACE HELD: OXFORD, MISSISSIPPI**
**UNITED STATES OF AMERICA v. BRITT TAYLOR**
**DATE & TIME BEGUN: FEBRUARY 5, 2026, 2:00 PM**
**DATE & TIME ENDED: FEBRUARY 5, 2026, 2:20 PM**

         **TOTAL TIME: 20 MINUTES**

**PRESENT:**
         **HONORABLE MICHAEL P. MILLS, U.S. DISTRICT JUDGE**

| | |
|---|---|
| Sallie Wilkerson | Rita Davis |
| **Courtroom Deputy Clerk** | **Official Court Reporter** |

**ATTORNEY(S) FOR GOVERNMENT:**      **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA JULIE ADDISON                     WILLIAM MASSEY
                                                         WILLIAM TRAVIS

**U.S. PROBATION:**
LANCE OWINGS and GWEN STEELE

**Proceedings:** Sentencing held. Final Judgment to follow.

                                                 **DANIEL MCHUGH, CLERK**

                                                 By: /s/ Sallie Wilkerson
                                                            Courtroom Deputy Clerk