UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA )
)
vs. )
)
BRITT TAYLOR ) Docket No.: 3:25CR43

## ORDER OF VOLUNTARY SURRENDER

IT IS HEREBY ORDERED THAT THE DEFENDANT, HAVING BEEN SENTENCED IN THE ABOVE CASE TO A TERM OF IMPRISONMENT, IS HEREBY ORDERED TO SURRENDER HIMSELF BY REPORTING AS DIRECTED BY THE CLERK OF THE COURT ON MONDAY, APRIL 6, 2026.

_____
JUDGE

5 Feb 2026
_____
DATE

ACKNOWLEDGMENT:

I AGREE TO REPORT AS DIRECTED IN THIS ORDER AND UNDERSTAND THAT IF I FAIL TO DO SO I MAY BE CITED FOR CONTEMPT OF COURT AND IF CONVICTED OF CONTEMPT MAY BE PUNISHED BY IMPRISONMENT OR FINE OR BOTH.

_____     x_____
ATTORNEY/WITNESS                              DEFENDANT